UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Floorgraphics, Inc.,

        Plaintiff,

   vs.                                      MINUTE ORDER

News America Marketing In-Store
Services, Inc., and News America
Marketing In-Store, Inc.,

        Defendants.               Misc. No. 07-27 (PJS/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

By a Minute Order dated May 23, 2007, see, <u>Docket No. 22</u>, we granted the

Motion of the Defendants to Stay and Remit Enforcement of a non-party Subpoena

<u>duces</u> <u>tecum</u>, which the Plaintiff caused to be served upon Insignia Systems, Inc.

("Insignia"), which has a business within this District.  The underlying action is venued

in the United States District Court for the District of New Jersey, and we were

informed, at the Hearing on the Defendants' Motion, that the District Court in New

Jersey had scheduled a Hearing on a Motion of the Defendants for a Protective Order

to be held on May 31, 2007.  Since Insignia had no objection to the Subpoena, and

since the dispute between the Plaintiff and the Defendants centered on past rulings of the New Jersey Court, we deferred to the judgment of that Court.

In a letter dated June 4, 2007, see, <u>Docket No. 24</u>, counsel for the Defendants advised that the District Court for the District of New Jersey granted the Defendants' Motion for a Protective Order, and directed the Plaintiff to withdraw its Subpoena that had been served upon Insignia.  A copy of the Order of the New Jersey Court was appended to counsel's letter.  <u>Id.</u>  Since there is no longer a actual case or controversy between these parties, given the ruling of New Jersey Court, we direct the Clerk of Court to term this file.

NOW, THEREFORE, It is --

ORDERED:

That, there no longer being a live dispute or controversy, the Clerk of Court is directed to term this file according to the routine procedures of this District.

BY THE COURT:

Dated:  June 11, 2007

<u>s/Raymond L. Erickson</u>
Raymond L. Erickson

CHIEF U.S. MAGISTRATE JUDGE